THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. REMUZZI, Appellant.— Judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of a violation of section 986 of the Penal Law (book-making) affirmed. No opinion. Carswell, Johnston, Adel and Lewis, JJ., concur; Close, P. J., dissents on the authority of *People* v. *Gargano* (*ante*, p. 776), decided herewith, and votes to reverse the judgment, dismiss the information, and remit the fine.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIEGFRIED W. WELSCH, Appellant.— Judgment of the County Court of Queens County, convicting the defendant of the crime of murder in the second degree, unanimously affirmed. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.

IRVING S. RAPAPORT et al., Copartners Practicing Law as RAPAPORT BROTHERS, Respondents, v. MANUFACTURERS TRUST COMPANY, as Trustee for the Benefit of Certificate Holders, Appellant.— Appeal from order denying defendant's motion to dismiss the complaint on the ground that it is insufficient in law or, in the alternative, for an order directing plaintiffs separately to state and number the causes of action set forth in the complaint. Order affirmed, without costs, and the action remitted to the calendar of Kings County Special Term, Part VII. The allegations of the complaint are of so broad a character that most of the contentions advanced by the defendant may not be considered at this time. Many of these contentions are based on facts which are the proper subject of pleading in the answer or proof upon the trial. The motion, however, because of the subject matter thereof, should have been referred to Special Term, Part VII, in the interests of administrative efficiency. The case is remitted and placed on the calendar of Special Term, Part VII. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.